UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61554-CIV-GAYLES

LOUIS VUITTON MALLETIER, S.A.,
        Plaintiff,

v.

2016BAGSILOUISVUITTON.COM et al.,
        Defendants.
_____/

## ORDER GRANTING PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the Court on Plaintiff Louis Vuitton Malletier, S.A's Application for Preliminary Injunction [ECF No. 6]. The Court has carefully reviewed the Application and the record and is otherwise fully advised in the premises. By the instant Application, the Plaintiff moves for entry of a preliminary injunction against the Defendants—the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto—for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d).

The Court convened a hearing on July 15, 2016, which was attended by counsel for the Plaintiff only. During the hearing, the Plaintiff directed the Court to evidence supporting the Application for Preliminary Injunction. The Defendants have not responded to the Application for Preliminary Injunction, nor have they made any filing in this case, nor have the Defendants appeared in this matter either individually or through counsel. Because the Plaintiff has satisfied the requirements for the issuance of a preliminary injunction, the Court grants the Plaintiff's Application for Preliminary Injunction.

## I.   FACTUAL BACKGROUND[1]

1.   Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton"), is the registered owner of the following trademarks on the Principal Register of the United States Patent and Trademark Office ("Louis Vuitton Marks"):

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| [mark image] | 0,297,594 | September 20, 1932 | IC 18: trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, and pocket-books. |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 | IC 18: luggage and ladies' handbags. |
| LV | 1,519,828 | January 10, 1989 | IC 18: trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, pocket-books. |
| LOUIS VUITTON | 1,990,760 | August 6, 1996 | IC 14: watches and straps for wrist watches.<br>IC 16: catalogues featuring luggage and travel accessories, bags, small leather goods, and garments; notebooks, anthologies, and pamphlets referring to travel; calendars; telephone indexes; fountain pens, ballpoint pens, nibs, covers for pocket and desk diaries, and checkbook holders.<br>IC 18: trunks; traveling trunks; suitcases; traveling bags; luggage; garment bags for travel; hat boxes for travel; shoe bags for travel; umbrellas; animal carriers; rucksacks; haversacks; leather or textile shopping bags; beach bags; handbags; vanity cases sold empty; attache cases; tote bags, travel satchels; clutch bags; briefcases; wallets; pocket wallets; credit card cases; business card cases; bill and card holders; checkbook holders; key cases; change purses; briefcase-type portfolios.<br>IC 24: travel blankets<br>IC 25: shirts; sweatshirts; polo shirts; T-shirts; headwear; jackets; ties; belts; shawls; scarves. |

---

[1]   The factual background is taken from the Plaintiff's Complaint [ECF No. 1], the Plaintiff's Application for Preliminary Injunction [ECF No. 6], and supporting evidentiary submissions.

2

| | | | |
|---|---|---|---|
| (flower mark) | 2,177,828 | August 4, 1998 | IC 14: goods made of precious metals, namely, shoe ornaments, ornamental pins; jewelry, namely, rings, ear rings, cufflinks, bracelets, charms, necklaces; horological instruments, straps for watches, watches and wrist-watches, and cases for watches.<br>IC 18: goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, and credit card cases, umbrellas.<br>IC 25: clothing and underwear, namely, ((shirts)), ((waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets,)) shawls, stoles, ((scarves, neckties, pocket squares,)) belts, shoes, boots, and sandals. |
| (circle flower mark) | 2,181,753 | August 18, 1998 | IC 14: jewelry, namely, rings, ear rings, bracelets, charms, necklaces, horological instruments, straps for watches, watches, and wrist-watches, and cases for watches.<br>IC 18: goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attaché cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, credit card cases, and umbrellas.<br>IC 25: clothing and underwear, namely, shirts, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, belts, shoes, boots, and sandals. |
| LV | 2,361,695 | June 27, 2000 | IC 25: Clothing, namely, sweaters, shirts, sweatshirts, polo shirts, t-shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, pocket handkerchief squares for wear, gloves, ties, belts, bathing suits, shoes, boots and sandals, and hats. |

| | | | |
|---|---|---|---|
| ✧ | 2,773,107 | October 14, 2003 | IC 14: jewelry including ((rings,)) ((earrings,)) cuff links, bracelets, ((charms,)) necklaces, ((and medal-lions;)) horological and chronometric instruments and apparatus, namely, watches,<br>IC 18: travel bags, travel bags made of leather; luggage trunks and valises, garment bags for travel, vanity-cases sold empty; rucksacks, shoulder bags, handbags; attaché-cases, briefcases, drawstring pouches, pocket wallets, purses, umbrellas, business card cases made of leather or of imitation leather, credit card cases made of leather or of imitation leather; key holders made of leather or of imitation leather.<br>IC 25: clothing, namely, shirts, T-shirts, belts, scarves, neck ties, shawls, ((skirts,)) raincoats, overcoats, ((trousers, jeans, pullovers, frocks,)) highheeled shoes, low-heeled shoes, boots, tennis shoes; ((hats)) |
| LV | 2,909,002 | December 7, 2004 | IC 009: Optical instruments and apparatus, namely, spectacles, eyeglasses, spectacle cases. |

| | | | |
|---|---|---|---|
| (LV logo with flowers design) | 4,192,541 | August 21, 2012 | IC 03: soaps for personal use; perfumery; essential oils; cosmetics; creams for the hair, face, and body; lotions for the hair, face, and body; shower and bath gels; shower and bath preparations; shampoos; make-up preparations, namely, foundations, lipsticks, eye shadows, mascara, make-up powder, and nail polish.<br>IC 09: sunglasses; spectacles; optical lenses; spectacle cases; telephones; mobile telephones; smart phones; PC tablets; personal digital assistants; MP3 players; accessories for telephones, mobile telephones, smart phones, PC tablets, personal digital assistants, and MP3 players, namely, hands-free kits for telephones, batteries, covers, housings, façades, chargers, hand straps, and neck straps.<br>IC 14: jewelry; key rings of precious metal; tie pins; medallions; jewelry boxes; watches; watch bands; alarm clocks; cases for timepieces.<br>IC 16: printed matter, namely, pamphlets, catalogs, and books in the field of travel, luggage, luxury goods, fashion, clothing, sports, the arts; publications, namely, brochures and booklets in the field of travel, luggage, luxury goods, fashion, clothing, sports, the arts; stationery; stationery articles, namely, note pads, writing books, drawing books, calendars, agendas, notebooks, envelopes, letter paper, and index cards; covers for diaries, indexes, and pads; office requisites, namely, letter trays, paper cutters, pencils, inkstands, inkwells, paperweights, pencil holders, pen holders, writing pads, pens, balls, and nibs for pens; postcards; paper labels; newspapers; printed documents, namely, printed certificates.<br>IC 18: boxes of leather or imitation leather for packaging and carrying goods; traveling bags; leather traveling sets of luggage; trunks; suitcases; garment bags for travel; vanity cases sold empty; toiletry bags sold empty; backpacks; handbags; attaché cases; leather document cases; wallets; purses; leather key cases; umbrellas.<br>IC 24: textiles and textile goods, namely, bath linen, bed linen, table linen, towels, bed covers, textile table cloths.<br>IC 25: clothing, namely, underwear, shirts, tee-shirts, pullovers, skirts, dresses, trousers, coats, jackets, belts for clothing, scarves, sashes for wear, gloves, neckties, socks, bathing suits; footwear; headwear.<br>IC 34: cigar and cigarette cases of leather and imitation leather. |

| | | | |
|---|---|---|---|
| **LV** | 4,614,736 | September 30, 2014 | IC 09: Optical apparatus, namely, binoculars; blank USB sticks; spectacles; sunglasses; spectacle frames; spectacle glasses; spectacle cases; accessories for telephones, mobile phones, smart phones, tablet devices, PDAs, and MP3 players, namely, covers, neck straps, neck cords, and bags and cases specially adapted for holding or carrying portable telephones and telephone equipment and accessories. IC 16: Paper bags, boxes of cardboard or paper, cardboard and paperboard envelopes and pouches for packaging; plastic materials for packaging, namely, bags; posters; pamphlets referring to travel; postcards; catalogs featuring luggage, travel accessories, bags, small leather goods, and clothing; paper labels; trading cards; greeting cards; business cards; invitation cards; printed publications, namely, books, newspapers, leaflets, and magazines featuring luggage, travel accessories, purses, small leather goods, and clothing; bookbinding materials; printed photographs; photograph albums; stationery, namely, note pads, desk pads, writing pads, drawing pads, envelopes, note paper; calendars; pocket calendars; note books; telephone indexes; diary covers; diaries; office requisites, namely, letter trays, paper knives, ink stands, inkwells, paper weights, pencil holders, pen holders, pencil tubs, blotting pads, pencils, fountain pens, rubber erasers, pen cases; printing types; printing blocks; table linens of paper. IC 26: Buttons; hooks and eyes; shoe buckles; hair accessories, namely, hair pins, barrettes, hair bows, hair clips, hair bands, hair wraps; hair ornaments; brooches for clothing; clothing fasteners, namely, scarf holders. |

*See* Declaration of Hadrien Huet in Support of Application for Preliminary Injunction, ECF No. 6-2 ["Huet Decl."] ¶ 5. The Louis Vuitton Marks are used in connection with the manufacture and distribution of goods in the categories identified above. *Id*.

2. The Defendants, through the fully interactive commercial Internet websites and supporting domain names operating under their individual, partnership and/or business association names identified on Schedule "A" hereto (the "Subject Domain Names"), have advertised, promoted, offered for sale, or sold goods in interstate commerce bearing what the Plaintiff has determined to be counterfeits, infringements, reproductions, or colorable imitations of the Louis

Vuitton Marks. *See* Huet Decl. ¶¶ 9-12; Declaration of Virgilio Gigante in Support of Application for Preliminary Injunction, ECF No. 6-4 ["Gigante Decl."] ¶ 2; *see also* Gigante Decl. Exhibit A, ECF Nos. 6-5-6-13.

3. Although each Defendant may not copy and infringe each Louis Vuitton Mark for each category of goods protected, the Plaintiff has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Louis Vuitton Marks at issue. *See* Huet Decl. ¶¶ 10-12. The Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, infringement, reproductions, and/or colorable imitations of the Louis Vuitton Marks. *See id* at ¶ 9.

4. The Plaintiff's representative reviewed the items bearing the Louis Vuitton Marks offered for sale through the Internet websites operating under the Subject Domain Names and determined the products to be non-genuine, unauthorized versions of the Plaintiff's products. *See* Huet Decl. ¶¶ 10-12.

5. On July 1, 2016, the Plaintiff filed its Complaint [ECF No. 1] against the Defendants for federal trademark counterfeiting and infringement, false designation of origin, cybersquatting, common law unfair competition, and common law trademark infringement. On July 4, 2016, the Plaintiff filed its *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction [ECF No. 6]. On July 7, 2016, the Court entered an Order Granting *Ex Parte* Temporary Restraining Order [ECF No. 7] and temporarily restrained Defendants from infringing Plaintiff's Marks at issue. Pursuant to the Court's Order on July 7, 2016, Plaintiff properly served Defendants with a copy of the Complaint, together with copies of the July 7, 2016 Order. Thereafter, Certificates of Service were filed confirming service on each Defendant. [ECF Nos. 10, 11 & 12]

## II. LEGAL STANDARD

In order to obtain a preliminary injunction, a party must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225-26 (11th Cir. 2005) (per curiam); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F. 3d 982, 985 (11th Cir. 1995).

## III. ANALYSIS

The declarations that the Plaintiff submitted in support of its Application for Preliminary Injunction support the following conclusions of law:

A. The Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by the Defendants' advertisement, promotion, sale, offer for sale, or distribution of goods bearing counterfeits, reproductions, or colorable imitations of the Louis Vuitton Marks, and that the products the Defendants are selling and promoting for sale are copies of the Plaintiff's products that bear copies of the Louis Vuitton Marks.

B. Because of the infringement of the Louis Vuitton Marks, the Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. It clearly appears from the following specific facts, as set forth in the Plaintiff's Complaint, Application for Preliminary Injunction, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers because it is more likely than not that:

   1. The Defendants own or control Internet websites, domain names, or website businesses which advertise, promote, offer for sale, or sell goods bearing counterfeit and infringing trademarks in violation of the Plaintiff's rights; and

   2. There is good cause to believe that more counterfeit and infringing products

bearing the Plaintiff's trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that the Plaintiff may suffer loss of sales for its genuine products.

C. The balance of potential harm to the Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to the Plaintiff, its reputation, and goodwill as a manufacturer and distributor of quality products if such relief is not issued; and

D. The public interest favors issuance of the preliminary injunction in order to protect the Plaintiff's trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as the Plaintiff's genuine goods.

## IV. CONCLUSION

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that the Plaintiff's Application for Preliminary Injunction [ECF No. 6] is **GRANTED** as follows:

(1) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby **RESTRAINED AND ENJOINED**:

> (a) From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by the Plaintiff; and
>
> (b) From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by the Plaintiff, bearing the Louis Vuitton Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks.

(2) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order

9

shall immediately discontinue, until further Order of this Court, the use of the Louis Vuitton Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them, including the Internet websites operating under the Subject Domain Names;

(3) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Louis Vuitton Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by each Defendant, including the Internet websites operating under the Subject Domain Names;

(4) Each Defendant shall not transfer ownership of the Subject Domain Names during the pendency of this action, or until further Order of the Court;

(5) The domain name Registrars for the Subject Domain Names are directed, to the extent not already done, to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Subject Domain Names;

(6) Upon the Plaintiff's request, the privacy protection service for any of the Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information is ordered, to the extent not already done, to disclose to Plaintiff the true identities and contact information of those Registrants;

(7) The domain name registrars for the Subject Domain Names shall immediately, to the extent not already done, assist in changing the registrar of record for the Subject Domain

Names to a holding account with a registrar of the Plaintiff's choosing (the "New Registrar"), excepting any such domain names which such registrars have been notified in writing by the Plaintiff have been or will be dismissed from this action, or as to which the Plaintiff has withdrawn its request to immediately transfer such domain names. To the extent the registrars do not assist in changing the registrars of record for the domains under their respective control within one business day of receipt of this Order, the top-level domain (TLD) registries for the Subject Domain Names or their administrators, including backend registry operators or administrators, within five business days of receipt of this Order, shall change, or assist in changing, the registrar of record for the Subject Domain Names to a holding account with the New Registrar, excepting any such domain names which such registries have been notified in writing by the Plaintiff have been or will be dismissed from this action or as to which the Plaintiff has withdrawn its request to immediately transfer such domain names. Upon the change of the registrar of record for the Subject Domain Names, the New Registrar will maintain access to the Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/Lxefsa/index.html whereon copies of the Complaint, this Order, and all other documents on file in this action are displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Complaint, this Order, and all other documents on file in this action are displayed. After the New Registrar has effected this change, the Subject Domain Names shall be placed on lock status, preventing the modification or deletion of the

domains by the New Registrar or the Defendants;

(8) This Order shall no longer apply to any Defendant or associated domain name dismissed from this action or to which the Plaintiff has withdrawn its request for a preliminary injunction;

(9) Each Defendant shall preserve, and continue to preserve, copies of all computer files relating to the use of any of the Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Subject Domain Names that may have been deleted before the entry of this Order;

(10) This Order shall apply to the Subject Domain Names, associated websites, and any other domain names and websites properly brought to the Court's attention and verified by sworn affidavit that such new domain names are being used by the Defendants for the purpose of counterfeiting the Louis Vuitton Marks at issue in this action or unfairly competing with the Plaintiff on the World Wide Web;

(11) Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Fed. R. Civ. P. 65(c), the Plaintiff shall maintain its previously set bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which the Defendants may be entitled for a wrongful injunction or restraint during the pendency of this action, or until further Order of the Court;

(12) This Order shall remain in effect during the pendency of this action, or until further Order of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of July, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

**SCHEDULE A**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Defendant Number | Defendant / Domain Name |
|---|---|
| 1 | 2016bagsilouisvuitton.com |
| 1 | 2016bagshoesshop.com |
| 1 | 2016bagslouisvuittons.com |
| 1 | 2016bagsmylouisvuitton.com |
| 1 | 2016bagushop.com |
| 1 | 2016ehandbagshop.com |
| 1 | 2016ehandbagstore.com |
| 1 | 2016eshoplouisvuitton.com |
| 1 | 2016handbagmyshop.com |
| 1 | 2016handbagmyshops.com |
| 1 | 2016handbagreplicas.com |
| 1 | 2016handbagsale.com |
| 1 | 2016handbagshoes.com |
| 1 | 2016handbagshoeshop.com |
| 1 | 2016handbagsumall.com |
| 1 | 2016handbagsumalls.com |
| 1 | 2016handbagsushop.com |
| 1 | 2016handbagtops.com |
| 1 | 2016handbaguhops.com |
| 1 | 2016ihandbagreplica.com |
| 1 | 2016ilouisevuitton.com |
| 1 | 2016ilouisvuitton.com |
| 1 | 2016ilouisvuittonshop.com |
| 1 | 2016louisevuittons.com |
| 1 | 2016louisvuittonbagshops.com |
| 1 | 2016louisvuittonihandbag.com |
| 1 | 2016louisvuittonishop.com |
| 1 | 2016louisvuittonishops.com |
| 1 | 2016louisvuittonline.com |
| 1 | 2016louisvuittonlines.com |
| 1 | 2016louisvuittonmyshop.com |
| 1 | 2016louisvuittonshandbag.com |
| 1 | 2016myhandbag.com |
| 1 | 2016myhandbags.com |
| 1 | 2016myhandbagshop.com |
| 1 | 2016myhandbagstore.com |

13

| | |
|---|---|
| 1 | 2016shopbaglouisvuitton.com |
| 1 | 2016shopbags.com |
| 1 | 2016shoplouisvuittonbags.com |
| 1 | 2016shoplouisvuittons.com |
| 1 | 2016shopslouisvuitton.com |
| 1 | 2016shopuhandbag.com |
| 1 | 2016shopuhandbags.com |
| 1 | 2016storehandbag.com |
| 1 | 2016storelouisvuitton.com |
| 1 | 2016topehandbag.com |
| 1 | 2016uhandbagmall.com |
| 1 | 2016ulouisvuitton.com |
| 1 | 2016ushoplouisvuitton.com |
| 1 | afashionews.com |
| 1 | ahandbagshow.com |
| 1 | ahandbagshows.com |
| 1 | bagshoeshow.com |
| 1 | bagshoeshows.com |
| 1 | bagshoesshow.com |
| 1 | bagshoestyle.com |
| 1 | belsetaff.com |
| 1 | brandnewsdaily.com |
| 1 | brandnewsdaily.us |
| 1 | chicbagstyle.com |
| 1 | chichandbagshows.com |
| 1 | chichandbagstyle.com |
| 1 | designerbageshop.com |
| 1 | designerhandbagshow.com |
| 1 | designerhandbagstyle.com |
| 1 | designershandbagnews.com |
| 1 | ehandbagshop.com |
| 1 | elvhandbag.com |
| 1 | fashionewsdaily.com |
| 1 | fashionewsdaily.us |
| 1 | fashionewsstyle.com |
| 1 | fashionishow.com |
| 1 | fashionishows.com |
| 1 | fashionnewshow.com |
| 1 | fashionunews.com |
| 1 | fashionunewshow.com |

| | | |
|---|---|---|
| | 1 | fashionushow.com |
| | 1 | fashionushows.com |
| | 1 | fashionustyle.com |
| | 1 | fashionwoshow.com |
| | 1 | fashionwoshow.us |
| | 1 | handbagashows.com |
| | 1 | handbage.com |
| | 1 | handbagemall.com |
| | 1 | handbagenews.com |
| | 1 | handbagesale.com |
| | 1 | handbageshows.com |
| | 1 | handbagestyle.com |
| | 1 | handbagestyles.com |
| | 1 | handbaginews.com |
| | 1 | handbaginewshow.com |
| | 1 | handbagmyshow.com |
| | 1 | handbagnewshow.com |
| | 1 | handbagnewshows.com |
| | 1 | handbagonshow.com |
| | 1 | handbagsemall.com |
| | 1 | handbagshoeshow.com |
| | 1 | handbagshowinfo.com |
| | 1 | handbagsnewshow.com |
| | 1 | handbagsnewshows.com |
| | 1 | handbagsonews.com |
| | 1 | handbagsshows.com |
| | 1 | handbagunews.com |
| | 1 | handbagustyle.com |
| | 1 | handbagustyles.com |
| | 1 | handbagvshow.com |
| | 1 | iluxurys.com |
| | 1 | ishoplouisvuitton.com |
| | 1 | louisavuittonuk.com |
| | 1 | louisvuittonews.com |
| | 1 | louisvuittonishops.com |
| | 1 | louisvuittonofficials.com |
| | 1 | louisvuittonubagshop.com |
| | 1 | louisvuittonupurse.com |
| | 1 | louisvuittonushops.com |
| | 1 | louisvuittonushows.com |

15

| | | |
|---|---|---|
| 1 | louisvuittounews.com | |
| 1 | luxuryeshow.com | |
| 1 | luxurysstore.com | |
| 1 | lvhandbagshop.com | |
| 1 | michaelkorsmks.com | |
| 1 | mybagpurse.com | |
| 1 | mybagpurses.com | |
| 1 | myfashionews.com | |
| 1 | myfashionewstyle.com | |
| 1 | myhandbaglouisvuitton.com | |
| 1 | myhandbagsnews.com | |
| 1 | myhandbagsshow.com | |
| 1 | myhandbagstyles.com | |
| 1 | mylouisvuittonlvbag.com | |
| 1 | newsbagshoes.com | |
| 1 | newsehandbag.com | |
| 1 | newsehandbags.com | |
| 1 | newsmyhandbag.com | |
| 1 | pursenewshows.com | |
| 1 | pursesinews.com | |
| 1 | pursesnews.com | |
| 1 | pursesshows.com | |
| 1 | replicaluxurys.com | |
| 1 | shoeseshops.com | |
| 1 | shopbagslouisvuitton.com | |
| 1 | shopuhandbags.com | |
| 1 | showehandbags.com | |
| 1 | showlouisvuittonhandbag.com | |
| 1 | showmyhandbags.com | |
| 1 | shownewhandbags.com | |
| 1 | smallfashionews.com | |
| 1 | tophandbageshow.com | |
| 1 | tophandbagshows.com | |
| 1 | topluxurys.com | |
| 1 | vbagshop.com | |
| 2 | amvvip.co | |
| 3 | bagsepay.com | |
| 4 | bagsoutletjp.com | |
| 5 | bagswalletsus.com | |
| 6 | borse-louis-vuitton.it | |

16

| 7  | borseoutlets.com |
|----|------------------|
| 8  | cheapreplicasale.com |
| 9  | cheapsonshop.com |
| 10 | chinareplicahandbags.com |
| 11 | coappcolombia.com |
| 12 | cstawards.co.uk |
| 13 | discounthandbagonline.co.uk |
| 13 | discounthandbagsonline.co.uk |
| 14 | discountshoppingsale.info |
| 14 | louisvuittonoutletshopping.com |
| 15 | ecofund.com.au |
| 16 | fakebuying.com |
| 17 | fakepens.bid |
| 17 | replicabordeaux.science |
| 17 | replicajewelry.date |
| 17 | shoesreplica.loan |
| 18 | fashionbagtrade.me |
| 19 | handbag.lv |
| 20 | handbagreplicassale.com |
| 21 | handbagsmsn.com |
| 22 | iluxshops.co |
| 23 | indoorgeneratormn.com |
| 24 | isofia.eu |
| 25 | itpurse.com |
| 26 | jewishindex.co.uk |
| 27 | juicycouturesale.co.uk |
| 28 | livefaceonweb.us |
| 29 | louisausale.com |
| 30 | louiskey.com |
| 31 | louis--vuitton.com.au |
| 32 | louisvuittonartsymm.co |
| 32 | louisvuittondamier.org.in |
| 32 | louisvuittonmessengerbag.us |
| 32 | louisvuittonneverfullmm.co |
| 32 | louisvuittonpursesonsale.us |
| 32 | louisvuittonshoulderbag.net |
| 32 | louisvuittonzippywallet.net |
| 32 | outlet-mall.us |
| 33 | louisvuittonhandbag.org |
| 34 | louisvuittonhandbags2015.org |

| 35 | louisvuittonhandbagsoutlet.co.uk |
|---|---|
| 36 | louis-vuittonitaliaonline.org |
| 37 | louisvuitton-neverfullgm.com |
| 38 | louisvuittonoutlet.name |
| 39 | louisvuittonoutletschweiz.cn |
| 40 | louisvuittonreplica.co |
| 41 | louisvuittonsito-it.org |
| 41 | prezzilouisvuitton-borse.org |
| 42 | louisvuittonsprings.com |
| 43 | louiswovuitton.co.uk |
| 44 | lvbrace.cn |
| 45 | lvdiscountoutlet.com |
| 46 | lvis2016.com |
| 47 | lvisale.com |
| 48 | lvpurse.com |
| 48 | reallvpurse.com |
| 49 | missvogue.co |
| 50 | mountpleasantgilford.co.uk |
| 51 | mybags2016.com |
| 52 | newlouisvuitton-sale.com |
| 53 | onreplicabags.com |
| 54 | oshq.co.uk |
| 55 | ownthisbags.com |
| 56 | pursevalleyeu.com |
| 57 | qylvhua.com |
| 58 | replicabaglvonline.com |
| 59 | replicaguccihandbags.net |
| 60 | replicahandbags4sale.co.uk |
| 61 | replicajewelryandbags.xyz |
| 62 | replicawallet.webcam |
| 63 | saclvpascher.com |
| 64 | shelovesluxury.com |
| 65 | shoppe-net.com |
| 66 | topbagsus.com |
| 67 | ukzooly.top |
| 68 | walletsbagsforsale.com |
| 69 | woopurse.com |
| 70 | younebag.org |